# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

OPHRYS, LLC, a Washington limited liability company,

  Plaintiff,

  v.

ONEMAIN FINANCIAL GROUP, LLC, successor by merger to ONEMAIN FINANCIAL, INC., a Delaware corporation; ONEMAIN FINANCIAL, INC., a West Virginia corporation; ONEMAIN FINANCIAL OF MINNESOTA, INC., formerly known as ONEMAIN FINANCIAL SERVICES, INC., a Minnesota corporation; ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation; and CF NETWORK ISSUANCE TRUST 2010-1, a Delaware corporation,

  Defendants.

C18-826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) According to the Notice of Removal, which alleges jurisdiction based on diversity of citizenship, plaintiff Ophrys, LLC has two members, one an individual residing in Washington and the other a Washington corporation with its principal place of business in Washington, while defendants are (i) a limited liability company ("LLC"), which is owned by an LLC, which is also owned by an LLC, which is owned by a Delaware corporation; (ii) a West Virginia corporation with its principal place of business in Maryland; (iii) a Minnesota corporation with its principal place of business in Maryland; (iv) a Hawaii corporation with its principal place of business in Hawaii; and

MINUTE ORDER - 1

(v) a dissolved Delaware corporation or trust.  Notice of Removal at ¶¶ 10-18 (docket no. 1).  The Court is not yet satisfied that diversity jurisdiction exists.  The Notice of Removal does not indicate the principal place of business of OneMain Holdings, Inc., the Delaware corporation that is the great-grandparent of defendant OneMain Financial Group, LLC, successor by merger to OneMain Financial, Inc.  In addition, the Court is not persuaded that the citizenship of CF Network Issuance Trust 2010-1, which appears to be a business trust, is not relevant for purposes of determining whether the Court has jurisdiction.  Within fourteen (14) days of the date of this Minute Order, defendants OneMain Financial Group, LLC, successor by merger to OneMain Financial, Inc., and CF Network Issuance Trust 2010-1 shall file amended corporate disclosure statements setting forth all members, owners, or beneficiaries, and their respective citizenships, as of April 30, 2018, the date the complaint was filed in King County Superior Court, as of June 7, 2018, the date the case was removed, and as of the date just prior to any dissolution.  *See GBForefront, L.P. v. Forefront Mgmt. Group, LLC*, 888 F.3d 29, 37-41 (3d Cir. 2018) (distinguishing between a traditional trust, the citizenship of which is based on the citizenship of each trustee, and a business trust, the citizenship of which is analyzed by considering the citizenship of each constituent owner, member, or beneficiary (citing *Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012 (2016))).  In addition, defendant CF Network Issuance Trust 2010-1 may (but is not required to) provide a brief, not to exceed eight (8) pages in length, concerning how its citizenship should be determined and/or why its citizenship should not be considered in assessing whether the parties in this matter are diverse.  Any such brief shall be filed within fourteen (14) days of the date of this Minute Order, and if such brief is submitted, then plaintiff may, within fourteen (14) days thereafter, file a responsive brief, not to exceed eight (8) pages in length.  No reply brief shall be filed unless requested by the Court.

    (2)    The parties' stipulated motion, docket no. 16, to stay the deadline for defendants to file responsive pleadings is STRICKEN.  Defendants have filed a responsive motion, docket no. 17, which is noted for July 6, 2018, and their deadline for filing responsive pleadings is set forth in Federal Rule of Civil Procedure 12(a)(4).

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of June, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2