UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OPHRYS, LLC,

         Plaintiff,

   v.

ONEMAIN FINANCIAL GROUP, LLC, et al.,

         Defendants.

C18-826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to dismiss or transfer, docket no. 17, is DEFERRED. By Minute Order entered June 18, 2018, docket no. 20, the Court directed defendants OneMain Financial Group, LLC and CF Network Issuance Trust 2010-1 to file, for purposes of satisfying their burden to establish diversity jurisdiction, amended corporate disclosure statements setting forth ***all*** members, owners, or beneficiaries, and their respective citizenships. The submission of CF Network Issuance Trust 2010-1, docket no. 22, is deficient because it identifies only its "managing" beneficiary, OneMain Financial Holdings, LLC ("OneMain Holdings"), and the "parent" and "grandparent" of OneMain Holdings. The amended corporate disclosure statement does not indicate whether CF Network Issuance Trust 2010-1 has any other beneficiaries and, if so, the citizenship of those beneficiaries. Absent a stronger showing of subject-matter jurisdiction, remand rather than dismissal or transfer would be the appropriate course of action if this case is returned to the active docket.

(2) This case was stayed by the King County Superior Court before it was removed, *see* Order (docket no. 14-1 at 16-17), and the stay was never lifted, vacated, or modified. This case remains STAYED pending further order of the Court, except that Defendant CF Network Issuance Trust 2010-1 shall file a revised corporate disclosure statement within fourteen (14) days of the date of this Minute Order.

MINUTE ORDER - 1

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of August, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2