UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OPHRYS, LLC,

    Plaintiff,

v.

ONEMAIN FINANCIAL GROUP, LLC, et al.,

    Defendants.

C18-826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Second Amended Corporate Disclosure Statement of defendant CF Network Issuance Trust 2010-1, docket no. 27, filed in response to the Minute Order entered August 6, 2018, docket no. 26, and the Amended Corporate Disclosure Statement of defendant OneMain Financial Group, LLC, docket no. 21, filed in response to the Minute Order entered June 18, 2018, docket no. 20, as well as the Notice of Removal, docket no. 1, the Court is satisfied that complete diversity exists in this matter. Plaintiff is a citizen of Washington, and defendants are citizens of Delaware, West Virginia, Maryland, Minnesota, Hawaii, and Indiana.[1]

---

[1] Counsel for defendants has repeatedly failed to indicate where OneMain Holdings, Inc., the parent corporation of one or more defendants, has its principal place of business, *see* Minute Order at ¶ 1 (docket no. 20); Am. Corp. Discl. Stmt. (docket no. 21); 2d Am. Corp. Discl. Stmt. (docket no. 27), but because OneMain Holdings, Inc.'s stock is traded on the New York Stock Exchange and the location of its headquarters is publicly-available information, the Court takes judicial notice of the fact that the principal place of business for OneMain Holdings, Inc. is in Evansville, Indiana. *See* Fed. R. Evid. 201.

MINUTE ORDER - 1

(2) This case remains stayed pending further order of the Court. The parties are DIRECTED to file a Joint Status Report (i) within fourteen (14) days after the pending motion to dismiss is decided in *Ophrys, LLC v. OneMain Financial, Inc.*, D. Del. Case No. 1:17-cv-260-RGA or the Delaware matter is resolved, or (ii) by December 31, 2018, whichever occurs earlier.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of September, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
