UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OPHRYS, LLC,

        Plaintiff,

  v.

ONEMAIN FINANCIAL GROUP, LLC, et al.,

        Defendants.

C18-826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report filed on December 27, 2018, docket no. 29, the Court DIRECTS the parties to file another Joint Status Report (i) within fourteen (14) days after the pending motion to dismiss is decided in *Ophrys, LLC v. OneMain Financial, Inc.*, D. Del. Case No. 1:17-cv-260-RGA or the Delaware matter is resolved, or (ii) by March 1, 2019, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of January, 2019.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1