# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

OPHRYS, LLC,

        Plaintiff,

  v.

ONEMAIN FINANCIAL GROUP, LLC, et al.,

        Defendants.

C18-826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report filed on February 27, 2019, docket no. 31, the Court DIRECTS the parties to file another Joint Status Report (i) within fourteen (14) days after the pending motion to dismiss is decided in *Ophrys, LLC v. OneMain Financial, Inc.*, D. Del. Case No. 1:17-cv-260-RGA or the Delaware matter is resolved, or (ii) by July 15, 2019, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of April, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1